UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Hsin Chi Su, et al., | § § § | |
| Plaintiffs, | § § | Civil Action H-14-2164 |
| | § | Civil Action H-14-2165 |
| versus | § § | Civil Action H-14-2166 |
| Bank Sinopac, et al., and jointly administered cases, | § § § § | |
| Defendants. | § § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-14-2164. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action 14-2164, *Hsin Chi Su, et al., versus Bank Sinopac, et al.* Use only this style and number.

Signed on May 20, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge