Exhibit A

CLOSED,LEAD,UA

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:14-cv-02164

Su v. Bank Sinopac                                Date Filed: 07/28/2014
Assigned to: Judge Lynn N. Hughes                 Date Terminated: 12/07/2018
Related Cases:  4:14-cv-03342                      Jury Demand: Plaintiff
                4:14-cv-01799                      Nature of Suit: 830 Patent
                4:14-cv-02163                      Jurisdiction: Federal Question
                4:14-cv-02167
                4:14-cv-02177
Cause: 28:2201 Declaratory Judgment

**Plaintiff**

**Hsin Chi Su**                    represented by    **Walter J Cicack**
                                                    Hawash Cicack & Gaston LLP
                                                    3401 Allen Parkway, Suite 200
                                                    Houston, TX 77019
                                                    713-658-9001
                                                    Fax: 713-658-9011
                                                    Email: wcicack@hcgllp.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Annie E Catmull**
                                                    Sanders McGarvey LLP
                                                    12 Greenway Plaza, Suite 210
                                                    Houston, TX 77046
                                                    713-493-7547
                                                    Email: aec@sandersmcgarvey.com
                                                    *TERMINATED: 10/17/2017*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brendetta Anthony Scott**
                                                    Hoover Slovacek LLP
                                                    Galleria Tower II
                                                    5051 Westheimer, Suite 1200
                                                    Houston, TX 77056
                                                    713-977-8686
                                                    Fax: 713-977-5395
                                                    Email: scott@hooverslovacek.com
                                                    *TERMINATED: 10/17/2017*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David B. Shemano**
                                                    Robins Kaplan LLP
                                                    2049 Century Park E
                                                    Ste 3400
                                                    Los Angeles, CA 90067

(310) 552-0130
Email: DShemano@RobinsKaplan.com
*ATTORNEY TO BE NOTICED*

**Deirdre Carey Brown**
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Tx 77056
713-977-8686
Fax: 713-977-5395
Email: brown@hooverslovacek.com
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

**Jeffrey Alan Hovden**
Robins Kaplan LLP
399 Park Avenue
Ste 3600
New York, NY 10022
*ATTORNEY TO BE NOTICED*

**Scott F Gautier**
Robins Kaplan LLP
2049 Century Park E
Ste 3400
Los Angeles, CA 90067
310-552-0130
Email: SGautier@RobinsKaplan.com
*ATTORNEY TO BE NOTICED*

**Edward L Rothberg**
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77057
713-977-8686
Fax: 713-977-5395
Email: rothberg@hooverslovacek.com
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**F3 Captial**                           represented by **Annie E Catmull**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank Sinopac**                         represented by **Rosa A Shirley**
*in its individual capacity and its capacity as*              Baker and McKenzie LLP
                                        2001 Ross Ave

*agent*
*TERMINATED: 02/22/2017*

Ste 2300
Dallas, TX 75201
214-978-3056
Email: rosa.shirley@bakermckenzie.com
*ATTORNEY TO BE NOTICED*

**David William Parham**
Akerman LLP
2001 Ross Ave
Ste 3600
Dallas, TX 75201
2147204300
Fax: 2149819339
Email: david.parham@akerman.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**B Whale Corporation**                    represented by    **Jason G Cohen**
Bracewell LLP
711 Louisiana
Suite 2300
Houston, Tx 77002
713-221-1416
Fax: 713-221-1212
Email: jason.cohen@bracewell.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Mega International Commercial Bank**          represented by    **Charles Stephen Kelley**
**Co, Ltd**                                              Mayer Brown LLP
*TERMINATED: 02/22/2017*                      700 Louisiana St
Ste 3400
Houston, TX 77002
713-238-2634
Fax: 713-238-4634
Email: ckelley@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**ChinaTrust Commercial Bank Co., Ltd.**      represented by    **Charles Stephen Kelley**
*TERMINATED: 02/22/2017*                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**SC Lowy Primary Investments, Ltd.**

<u>**Defendant**</u>

**OCM Formosa Strait Holdings, Ltd.**          represented by    **Andrew J Ehrlich**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas

New York, NY 10019
212-373-3166
Email: aehrlich@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alistair B. Dawson**
Beck Redden LLP
1221 McKinney
Ste 4500
Houston, TX 77010
713-951-6225
Email: adawson@beckredden.com
*ATTORNEY TO BE NOTICED*

**Gregory F Laufer**
Paul Weiss Rifkind
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3441
Email: glaufer@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kate Raffetto**
Beck Redden
1221 McKinney St
Ste 4500
Houston, TX 77010
713-951-6223
Email: mkraffetto@beckredden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fore Multi Strategy Master Fund, Ltd.**
*TERMINATED: 05/19/2015*

represented by   **David William Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa A Shirley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MacQuarie Bank Limited**
*TERMINATED: 05/19/2015*

represented by   **Carey D Schreiber**
WInston Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-3547
Email: CSchreiber@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**First Commercial Bank**
*TERMINATED: 02/22/2017*

represented by **Eli O Columbus**
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
214-651-5045
Fax: 214-200-5045
Email: eli.columbus@haynesboone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Weiting Hsu**
Winstead PC
2728 N Harwood St
Ste 500
Dallas, TX 75201
214-745-5400
Email: whsu@winstead.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oaktree Capital Management L.P.**

represented by **Andrew J Ehrlich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alistair B. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory F Laufer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kate Raffetto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilmington Trust, National Association**

represented by **Alistair B. Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Stephen Kelley**
(See above for address)
*TERMINATED: 12/08/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J Ehrlich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory F Laufer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kate Raffetto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**D Whale Corporation**                    represented by    **Jason G Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G Whale Corporation**                    represented by    **Jason G Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H Whale Corporation**                    represented by    **Jason G Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Land Bank of Taiwan**                    represented by    **Charles Stephen Kelley**
*TERMINATED: 02/22/2017*                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chang HWA Commercial Bank Co., Ltd.**    represented by    **David William Parham**
*TERMINATED: 02/22/2017*                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa A Shirley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank Sinopac Company Limited**           represented by    **David William Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa A Shirley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taiwan Cooperative Bank, Ltd.**
*TERMINATED: 02/22/2017*

represented by **Charles Stephen Kelley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taiwan Shin Kong Commercial Bank**

**Defendant**

**Taichung Commercial Bank**

**Defendant**

**Fore Erisa Multi Strategy Master Fund, Ltd.**
*TERMINATED: 05/19/2015*

represented by **David William Parham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa A Shirley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**C Whale Corporation**

represented by **Jason G Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Wilmington Trust, National Association**

represented by **Alistair B. Dawson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Stephen Kelley**
(See above for address)
*TERMINATED: 12/08/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J Ehrlich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory F Laufer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Kate Raffetto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Bank Sinopac**
*in its individual capacity and its capacity as*
*agent*
*TERMINATED: 02/22/2017*

represented by **David William Parham**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Hsin Chi Su**

represented by **Annie E Catmull**
(See above for address)
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

**Brendetta Anthony Scott**
(See above for address)
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

**David B. Shemano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deirdre Carey Brown**
(See above for address)
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

**Jeffrey Alan Hovden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott F Gautier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward L Rothberg**
(See above for address)
*TERMINATED: 10/17/2017*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2019 | 99 | Order of USCA re: 92 Notice of Appeal ; USCA No. 19-20122. The appeal is dismissed for want of prosecution, filed.(JenniferLongoria, 1) (Entered: 03/19/2019) |
| 03/04/2019 | 98 | Other EXHIBITS by B Whale Corporation, C Whale Corporation, D Whale Corporation, G Whale Corporation, H Whale Corporation, filed.(Cohen, Jason) (Entered: 03/04/2019) |
| 03/04/2019 | 97 | Order of USCA re: 92 Notice of Appeal ; USCA No. 19-20079. Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 4, 2019, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with the court reporter, filed. (scastillo, 1) (Entered: 03/04/2019) |

| 02/28/2019 | 96 | DKT13 TRANSCRIPT ORDER REQUEST by Walter J. Cicack. Transcript is already on file in Clerks office regarding Motion Hearing on 2/17/17 before Judge Lynn N. Hughes. (No transcript is needed). Court Reporter/Transcriber: Mayra Malone. This order form relates to the following: 88 Notice of Appeal, 92 Notice of Appeal, 64 Miscellaneous Hearing,, filed.(Cicack, Walter) (Entered: 02/28/2019) |
|---|---|---|
| 02/28/2019 | 95 | DKT13 TRANSCRIPT ORDER REQUEST by Walter J. Cicack. Transcript is already on file in Clerks office regarding Pretrial Conference on 5/19/15 before Judge Lynn N. Hughes. (No transcript is needed). Court Reporter/Transcriber: Fred Warner. This order form relates to the following: 88 Notice of Appeal, 29 Pretrial Conference, 92 Notice of Appeal, filed.(Cicack, Walter) (Entered: 02/28/2019) |
| 02/28/2019 | 94 | DKT13 TRANSCRIPT ORDER REQUEST by Walter J. Cicack. Transcript is already on file in Clerks office regarding Motion Hearing on 10/28/14 before Judge Keith P. Ellison. (No transcript is needed). Court Reporter/Transcriber: Heather Alcaraz. This order form relates to the following: 88 Notice of Appeal, 92 Notice of Appeal, Motion Hearing,, filed. (Cicack, Walter) (Entered: 02/28/2019) |
| 02/25/2019 |  | Notice of Assignment of USCA No. 19-20122 re: 92 Notice of Appeal, filed.(dnoriega, 1) (Entered: 02/25/2019) |
| 02/14/2019 |  | Appeal Review Notes re: 92 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid or an ifp motion has been granted.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 3, filed.(dbenavides, 1) (Entered: 02/14/2019) |
| 02/14/2019 | 93 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 92 Notice of Appeal. Fee status: Paid. Reporter(s): H. Hall, F. Warner, M. Malone, filed. (dbenavides, 1) (Entered: 02/14/2019) |
| 02/13/2019 | 92 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 83 Memorandum and Opinion, 84 Final Judgment, by Hsin Chi Su (Filing fee $ 505, receipt number 0541-21862267), filed.(Cicack, Walter) (Entered: 02/13/2019) |
| 02/07/2019 |  | Notice of Assignment of USCA No. 19-20079 re: 88 Notice of Appeal, filed.(mperez, 1) (Entered: 02/07/2019) |
| 02/06/2019 | 91 | ORDER on Extension. By noon on 2/13/2019, Su may file a notice of appeal 89 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 02/07/2019) |
| 01/31/2019 |  | Appeal Review Notes re: 88 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid. Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 3, filed. (scastillo, 1) (Entered: 01/31/2019) |
| 01/31/2019 | 90 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 88 Notice of Appeal, 89 Unopposed MOTION for Extension of Time to File Notice of Appeal. Fee status: Paid. Reporter(s): H. Hall, F. Warner, M. Malone, filed. (scastillo, 1) (Entered: 01/31/2019) |
| 01/30/2019 | 89 | Unopposed MOTION for Extension of Time to File Notice of Appeal by Hsin Chi Su, filed. Motion Docket Date 2/20/2019. (Attachments: # 1 Proposed Order)(Cicack, Walter) (Entered: 01/30/2019) |
| 01/30/2019 | 88 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 87 Order on Motion for Attorney Fees, by Hsin Chi Su (Filing fee $ 505, receipt number 0541-21762103), filed.(Cicack, Walter) (Entered: 01/30/2019) |
| 12/31/2018 | 87 | ORDER on Fees. Wilmington Trust, National Association, Oaktree Capital Management |

| | | |
|---|---|---|
| | | LP, and OCM Formosa Strait Holdings, LTD. collectively take $288,062 in attorneys' fees from Hsin Chi Su. 86 (Signed by Judge Lynn N Hughes) Parties notified.(sanderson, 4) (Entered: 12/31/2018) |
| 12/21/2018 | 86 | MOTION for Attorney Fees by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., Wilmington Trust, National Association, filed. Motion Docket Date 1/11/2019. (Attachments: # 1 Exhibit Exhibit 1 - Paul Weiss Services Rendered and Totals, # 2 Exhibit Exhibit 2 - Beck Redden invoices, # 3 Exhibit Exhibit 3 - Laufer Affidavit, # 4 Exhibit Exhibit 4 - Alistair Dawson Affidavit, # 5 Exhibit Exhibit 5 - Collin Cox Affidavit, # 6 Proposed Order Proposed Order)(Raffetto, Mary) (Entered: 12/21/2018) |
| 12/19/2018 | 85 | *Correspondence to Judge Hughes regarding reopening of case to rule on pending motions* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., Wilmington Trust, National Association, filed.(Dawson, Alistair) (Entered: 12/19/2018) |
| 12/07/2018 | 84 | FINAL JUDGMENT. Su takes nothing from OCM and Oaktree. Su must pay the attorney fees for the defendants. All pending motions are terminated 37 , 38 , 39 , 40 , 41 , 69 . Case terminated on 12/7/2018. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/07/2018) |
| 12/07/2018 | 83 | OPINION on Patents. Su guaranteed the loans to the Whale corporations and owes OCM for their default. He was in control of the decision to license some of his patented technology to the Whales. He did and was compensated for those embodiments and use. None of Su's patent rights was infringed or diminished by the sale of the vessels. Su will take nothing from OCM and Oaktree. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/07/2018) |
| 10/24/2017 | 82 | ORDER granting 78 Motion for Scott F. Gautier to Appear Pro Hac Vice. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/25/2017) |
| 10/24/2017 | 81 | ORDER granting 77 Motion for David B. Shemano to Appear Pro Hac Vice. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/25/2017) |
| 10/24/2017 | 80 | ORDER granting 76 Motion for Jeffrey Alan Hovden to Appear Pro Hac Vice. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/25/2017) |
| 10/17/2017 | 79 | ORDER Allowing Withdrawal granting 75 . Edward L Rothberg, Brendetta Anthony Scott, Deirdre Carey Brown and Annie E Catmull withdrawn as counsel for Su. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/19/2017) |
| 10/17/2017 | 78 | MOTION for Scott F. Gautier to Appear Pro Hac Vice by Hsin Chi Su, filed. Motion Docket Date 11/7/2017. (Brown, Deirdre) (Entered: 10/17/2017) |
| 10/17/2017 | 77 | MOTION for David B. Shermano to Appear Pro Hac Vice by Hsin Chi Su, filed. Motion Docket Date 11/7/2017. (Brown, Deirdre) (Entered: 10/17/2017) |
| 10/17/2017 | 76 | MOTION for Jeffrey Alan Hovden to Appear Pro Hac Vice by Hsin Chi Su, filed. Motion Docket Date 11/7/2017. (Brown, Deirdre) (Entered: 10/17/2017) |
| 10/13/2017 | 75 | MOTION to Substitute Attorney Robins Kaplan LLP in place of Hoover Slovacek LLP by Hsin Chi Su, filed. Motion Docket Date 11/3/2017. (Attachments: # 1 Proposed Order) (Brown, Deirdre) (Entered: 10/13/2017) |
| 09/05/2017 | 74 | USM RETURN of Service Executed as to CATS ID# 17-FBI-004760 (815-Cima Del Mundo Rd) on 8/14/17 re: Complaint/Notice, filed.(sanderson, 3) (Entered: 09/06/2017) |
| 09/05/2017 | 73 | RETURN of Service on 8/14/17 re: Complaint/ Notice, filed.(jengonzalez, 7) (Entered: 09/06/2017) |
| 08/16/2017 | 72 | SUPPLEMENT to 70 Objections by Hsin Chi Su, filed.(Brown, Deirdre) (Entered: |

| | | |
|---|---|---|
| | | 08/16/2017) |
| 07/01/2017 | 71 | NOTICE of Intent to Rely on Foreign Law re: 69 MOTION for Judgment, 70 Objections by Hsin Chi Su, filed. (Brown, Deirdre) (Entered: 07/01/2017) |
| 07/01/2017 | 70 | OBJECTIONS to 67 MOTION to Supplement Answer to Amended Complaint, 69 MOTION for Judgment , filed by Hsin Chi Su. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brown, Deirdre) (Entered: 07/01/2017) |
| 06/14/2017 | 69 | MOTION for Judgment on the Pleadings by Bank Sinopac, filed. Motion Docket Date 7/5/2017. (ghassan, 4) (Entered: 06/14/2017) |
| 06/14/2017 | 68 | ORDER on Supplement. Bank Sinopac may supplement its briefing 67 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/14/2017) |
| 06/09/2017 | 67 | MOTION to Supplement Answer to Amended Complaint by Bank Sinopac Company Limited, filed. Motion Docket Date 6/30/2017. (Attachments: # 1 Exhibit - Motion for Judgment on the Pleadings)(Parham, David) (Entered: 06/09/2017) |
| 02/22/2017 | 66 | ORDER: Dismissal. For the reasons rendered at the hearing on 2/17/2017, Su's claims against First Commercial Bank, Mega International Commercial Bank, CTBC Bank, are dismissed without prejudice. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 02/22/2017) |
| 02/22/2017 | 65 | ORDER: Dismissal. For the reasons rendered at the hearing on 2/17/2017, Su's claims against Bank Sinopac, First Commercial Bank, Mega International Commercial Bank, Chang HWA Commercial Bank, CTBC Bank, Taiwan Cooperative Bank, and Land Bank of Taiwan are dismissed without prejudice. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 02/22/2017) |
| 02/17/2017 | 64 | Minute Entry for HEARING held before Judge Lynn N Hughes on 2/17/2017. Argument heard on all pending motions. Appearances: Deirdre Brown, Hsin Chi Su, Evan Flaschen, John Higgins, Rachel Thompson, Alistair Dawson, Andrew Ehrlich, Eli Columbus, David Parham. (Court Reporter: M. Malone) (ghassan, 4) (Entered: 02/17/2017) |
| 02/16/2017 | 63 | STATUS REPORT by First Commercial Bank, filed.(Columbus, Eli) (Entered: 02/16/2017) |
| 02/14/2017 | 62 | STATUS REPORT by Hsin Chi Su, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Brown, Deirdre) (Entered: 02/14/2017) |
| 02/14/2017 | 61 | STATUS REPORT by B Whale Corporation, filed.(Cohen, Jason) (Entered: 02/14/2017) |
| 02/14/2017 | 60 | STATUS REPORT by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., Wilmington Trust, National Association, filed.(Dawson, Alistair) (Entered: 02/14/2017) |
| 02/09/2017 | 59 | ORDER Setting Hearing. Hearing set for 2/17/2017 at 02:12 PM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 02/10/2017) |
| 02/07/2017 | 58 | ORDER to Report entered. By February 14, 2017, parties must report the status of this case. Internal Review Deadline set for 2/20/2017. (Signed by Judge Lynn N Hughes) Parties notified. (wbostic, 4) (Entered: 02/07/2017) |
| 12/08/2016 | 57 | ORDER on Substitution of Counsel granting 56 . Alistair Dawson, Mary Kate Raffetto, Andrew J. Ehrlich, and Gregory F. Laufer are substituted as counsel for Wilmington Trust. Charles Kelley, Frederick Hyman are fully withdrawn. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/08/2016) |

| | | |
|---|---|---|
| 12/07/2016 | 56 | MOTION to Substitute Attorney Alistair B. Dawson in place of Charles S. Kelley and Frederick D. Hyman by Wilmington Trust, National Association, filed. Motion Docket Date 12/28/2016. (Attachments: # 1 Proposed Order)(Dawson, Alistair) (Entered: 12/07/2016) |
| 11/10/2016 | 55 | Receipt for Withdrawal of Exhibits. Exhibits appearing on 54 Notice Regarding Exhibits, have been received by Gwen Kincaid, representative of Jason Cohen, filed. (smurdock, 4) (Additional attachment(s) added on 11/10/2016: # 1 Receipt) (smurdock, 4). (Entered: 11/10/2016) |
| 11/09/2016 | 54 | CLERKS NOTICE Regarding Exhibits. The offering party must take possession of the exhibits submitted into evidence by deadline. If the exhibits are not retrieved by the deadline, they will be destroyed.Exhibit Destruction Deadline set for 11/25/2016, filed. (smurdock, 4) (Entered: 11/09/2016) |
| 09/28/2016 | 53 | *Letter regarding Bracewell's Employment of Elizabeth Eoff* by B Whale Corporation, C Whale Corporation, D Whale Corporation, G Whale Corporation, H Whale Corporation, filed.(Cohen, Jason) (Entered: 09/28/2016) |
| 02/24/2016 | 52 | NOTICE *of Change of Firm Name* by B Whale Corporation, filed. (Cohen, Jason) (Entered: 02/24/2016) |
| 09/01/2015 | 51 | ORDER Denying Issuance of Letters Rogatory (in H-14-2165). On Su's abandonment, the motions for letters rogatory are denied. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 09/02/2015) |
| 06/17/2015 | 50 | REPLY *to ECF 42 and 44*, filed by Hsin Chi Su. (Brown, Deirdre) (Entered: 06/17/2015) |
| 06/17/2015 | 49 | RESPONSE in Opposition to 39 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Indirect Infringement Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, filed by Hsin Chi Su. (Attachments: # 1 Proposed Order)(Brown, Deirdre) (Entered: 06/17/2015) |
| 06/17/2015 | 48 | RESPONSE in Opposition to 41 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Money Had and Received Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, 40 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Unjust Enrichment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, filed by Hsin Chi Su. (Attachments: # 1 Proposed Order)(Brown, Deirdre) (Entered: 06/17/2015) |
| 06/17/2015 | 47 | RESPONSE in Opposition to 38 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Equitable Adjustment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, filed by Hsin Chi Su. (Attachments: # 1 Proposed Order)(Brown, Deirdre) (Entered: 06/17/2015) |
| 06/17/2015 | 46 | RESPONSE in Opposition to 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Declaratory Judgment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, filed by Hsin Chi Su. (Attachments: # 1 Proposed Order)(Brown, Deirdre) (Entered: 06/17/2015) |
| 06/17/2015 | 45 | Supplemental OBJECTIONS to 32 Order to Consolidate Cases, 31 Order, *TO WILMINGTON TRUSTS MOTIONS FOR SUMMARY JUDGMENT (SEE DOC FOR 14-2165 AND 14-2166)*, filed by Hsin Chi Su. (Attachments: # 1 Exhibit A - LIANG DECL, # 2 Exhibit B - GUARANTEE HIGHLIGHTED, # 3 Exhibit C - A WHALE GUARANTEE, # 4 Exhibit D - BOR DECL, # 5 Exhibit E - LIN DECL 1, # 6 Exhibit F - LIN P NOTE DECL 2)(Brown, Deirdre) (Entered: 06/17/2015) |
| 06/05/2015 | 44 | REPLY *in Support of Motions to Dismiss filed in Case No. 14-2165, ECF 10, 11 and 33*, filed by Bank Sinopac, Chang HWA Commercial Bank Co., Ltd.. (Shirley, Rosa) (Entered: |

| | | 06/05/2015) |
|---|---|---|
| 06/05/2015 | 43 | JOINDER in 41 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Money Had and Received Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, 37 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Declaratory Judgment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, 39 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Indirect Infringement Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, 38 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Equitable Adjustment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support*, 40 Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Unjust Enrichment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support and Supplemental Brief in Support of Former Lenders' Motions to Dismiss*, filed by ChinaTrust Commercial Bank Co., Ltd., Land Bank of Taiwan, Mega International Commercial Bank Co, Ltd, Taiwan Cooperative Bank, Ltd.. (Kelley, Charles) (Entered: 06/05/2015) |
| 06/05/2015 | 42 | REPLY *in support of motions to dismissed filed at docket # 29 in Case No. 14-2165 and docket # 19 in Case No. 14-2166*, filed by First Commercial Bank. (Attachments: # 1 Affidavit)(Hsu, Weiting) (Entered: 06/05/2015) |
| 06/05/2015 | 41 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Money Had and Received Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Proposed Order)(Ehrlich, Andrew) (Entered: 06/05/2015) |
| 06/05/2015 | 40 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Unjust Enrichment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Proposed Order)(Ehrlich, Andrew) (Entered: 06/05/2015) |
| 06/05/2015 | 39 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Indirect Infringement Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Proposed Order)(Ehrlich, Andrew) (Entered: 06/05/2015) |
| 06/05/2015 | 38 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Equitable Adjustment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Proposed Order)(Ehrlich, Andrew) (Entered: 06/05/2015) |
| 06/05/2015 | 37 | Amended MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Hsin Chi Su's Declaratory Judgment Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), and Brief in Support* by OCM Formosa Strait Holdings, Ltd., Oaktree Capital Management L.P., filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Proposed Order)(Ehrlich, Andrew) (Entered: 06/05/2015) |
| 05/20/2015 | 32 | ORDER TO CONSOLIDATE CASES: Lead Case No. 4:14-cv-2164 and Member Case No. 4:14-cv-2165, 4:14-cv-2166. (Signed by Judge Lynn N. Hughes) Parties notified. (amwilliams, 4) (Entered: 05/20/2015) |
| 05/20/2015 | 31 | Case Management ORDER. The parties may join any parties without violating the time |

| | | |
|---|---|---|
| | | limitations of the bankruptcy court's order by September 9, 2015. The defendants may amend pending motions and counterclaims, by June 5, 2015. Hsin Chi Su may respond, by June 17, 2015.(Signed by Judge Lynn N. Hughes) Parties notified.(amwilliams, 4) (Entered: 05/20/2015) |
| 05/20/2015 | 30 | ORDER denying 13 Motion to Abate.(Signed by Judge Lynn N. Hughes) Parties notified. (amwilliams, 4) (Entered: 05/20/2015) |
| 05/19/2015 | 36 | Agreed ORDER OF DISMISSAL. Su's claims against Fore Multi Strategy Master Fund are dismissed without prejudice. If Su seeks leave to join Fore Multi in the future, his claims will not be time barred by any bankruptcy court's order. If leave is granted, the claim will relate back to 8/15/2014. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 05/22/2015) |
| 05/19/2015 | 35 | Agreed ORDER OF DISMISSAL. Su's claims against Macquarie Bank are dismissed without prejudice. If Su seeks leave to join Macquarie Bank in the future, his claims will not be time barred by any bankruptcy court's order. If leave is granted, the claim date will relate back to 8/15/2014. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 05/22/2015) |
| 05/19/2015 | 34 | Agreed ORDER OF DISMISSAL. Su's claims against Fore Erisa Multi Strategy Fund are dismissed without prejudice. If Su seeks leave to join Fore Erisa in the future, his claims will not be time barred by any bankruptcy court's order. If leave is granted, the claim will relate back to 8/15/2014. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 05/22/2015) |
| 05/19/2015 | 33 | Agreed ORDER OF DISMISSAL. Su's claims against Macquarie Bank are dismissed without prejudice. If Su seeks leave to join Macquarie Bank in the future, his claims will not be time barred by any bankruptcy court's order. If leave is granted, the claim date will relate back to 8/15/2014. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 05/22/2015) |
| 05/19/2015 | 29 | Minute Entry for PRETRIAL CONFERENCE held on 5/19/2015 before Judge Lynn N. Hughes. Order to be entered. Appearances: Jason G Cohen, David William Parham, Rosa A Shirley, Edward L Rothberg, Deirdre Carey Brown, Brendetta Anthony Scott.(Court Reporter: F. Warner), filed.(amwilliams, 4) (Entered: 05/20/2015) |
| 04/28/2015 | 28 | Order: Pretrial Conference set for 5/19/2015 at 10:00 AM in Room 11122 before Judge Lynn N. Hughes. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 04/28/2015) |
| 12/26/2014 | 27 | OBJECTIONS to 25 Opposed MOTION to Consolidate Lead Case No. 14-2164 and Member Case No. 14-2165, 14-2166 , filed by Hsin Chi Su. (Brown, Deirdre) (Entered: 12/26/2014) |
| 12/09/2014 | 26 | NOTICE of Appearance by Brendetta A. Scott on behalf of Hsin Chi Su, filed. (Scott, Brendetta) (Entered: 12/09/2014) |
| 12/04/2014 | 25 | Opposed MOTION to Consolidate Lead Case No. 14-2164 and Member Case No. 14-2165, 14-2166 by Bank Sinopac, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Proposed Order)(Parham, David) (Entered: 12/04/2014) |
| 12/01/2014 | 24 | RESPONSE to 21 Answer to Counterclaim *(Debtor's Answer to Cross-Claim)*, filed by B Whale Corporation. (Cohen, Jason) (Entered: 12/01/2014) |
| 11/17/2014 | 23 | JOINDER in 22 Objections *to Motion to Abate*, filed by B Whale Corporation. (Cohen, Jason) (Entered: 11/17/2014) |
| 11/17/2014 | 22 | OBJECTIONS to 13 Opposed MOTION to Abate , filed by Bank Sinopac. (Attachments: |

| | | # 1 Exhibit 1, # 2 Exhibit 2)(Parham, David) (Entered: 11/17/2014) |
|---|---|---|
| 11/10/2014 | 21 | ANSWER to 7 Answer to Amended Complaint, Counterclaim with Jury Demand by Hsin Chi Su, filed.(Catmull, Annie) (Entered: 11/10/2014) |
| 11/04/2014 | 20 | NOTICE of Change of Address by Annie E. Catmull with Hoover Slovacek LLP, counsel for F3 Captial, Hsin Chi Su, filed. (Catmull, Annie) (Entered: 11/04/2014) |
| 10/30/2014 | 19 | RETURN of Service of SUMMONS Executed as to B Whale Corporation served on 9/18/2014, answer due 10/9/2014, filed.(Catmull, Annie) (Entered: 10/30/2014) |
| 10/30/2014 | 18 | RETURN of Service of SUMMONS Executed as to Bank Sinopac served on 9/16/2014, answer due 10/7/2014, filed.(Catmull, Annie) (Entered: 10/30/2014) |
| 10/28/2014 | 17 | ORDER REASSIGNING CASE terminating 8 . Case reassigned to Judge Lynn N. Hughes for all further proceedings. Judge Keith P Ellison no longer assigned to the case. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) (Entered: 10/29/2014) |
| 10/28/2014 | 16 | NOTICE of Appearance by Deirdre Carey Brown on behalf of Hsin Chi Su, filed. (Brown, Deirdre) (Entered: 10/28/2014) |
| 10/28/2014 | 15 | ORDER granting 14 Motion for Extension of Time.(Signed by Judge Keith P Ellison) Parties notified.(sloewe, 4) (Entered: 10/28/2014) |
| 10/28/2014 | | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 10/28/2014. This matter is taken under advisement. Appearances:(Law Clerk: Jessica Marsden). Jason G Cohen, David William Parham, Annie E Catmull.(Court Reporter: Heather Hall), filed.(sloewe, 4) (Entered: 10/28/2014) |
| 10/27/2014 | 14 | Unopposed MOTION for Extension of Time TO ANSWER OR RESPOND TO BANK SINOPAC'S ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND COUNTERCLAIM by Hsin Chi Su, filed. Motion Docket Date 11/17/2014. (Attachments: # 1 Proposed Order)(Catmull, Annie) (Entered: 10/27/2014) |
| 10/26/2014 | 13 | Opposed MOTION to Abate by Hsin Chi Su, filed. Motion Docket Date 11/17/2014. (Attachments: # 1 Proposed Order)(Catmull, Annie) (Entered: 10/26/2014) |
| 10/24/2014 | 12 | OBJECTIONS to 8 Opposed MOTION to Transfer Case to Lynn N. Hughes , filed by F3 Captial, Hsin Chi Su. (Attachments: # 1 Exhibit A)(Catmull, Annie) (Entered: 10/24/2014) |
| 10/14/2014 | 11 | ORDER FOR EXPEDITED RESPONSE. Response due by NOON on 10/24/2014.(Signed by Judge Keith P Ellison) Parties notified.(rsmith, 4) (Entered: 10/15/2014) |
| 10/14/2014 | 10 | NOTICE of Setting as to 8 Opposed MOTION to Transfer Case to Lynn N. Hughes. Parties notified. Motion Hearing set for 10/28/2014 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (sloewe, 4) (Entered: 10/14/2014) |
| 10/09/2014 | 9 | ANSWER to 4 Amended Complaint/Counterclaim/Crossclaim etc. by B Whale Corporation, filed.(Cohen, Jason) (Entered: 10/09/2014) |
| 10/09/2014 | 8 | Opposed MOTION to Transfer Case to Lynn N. Hughes by Bank Sinopac, filed. Motion Docket Date 10/30/2014. (Attachments: # 1 Proposed Order)(Shirley, Rosa) (Entered: 10/09/2014) |
| 10/07/2014 | 7 | ANSWER to 4 Amended Complaint/Counterclaim/Crossclaim etc., COUNTERCLAIM against Hsin Chi Su by Bank Sinopac, filed. (Attachments: # 1 Exhibit 1)(Parham, David) (Entered: 10/07/2014) |
| 10/03/2014 | 6 | NOTICE of Change of Address by Edward L. Rothberg, counsel for Hsin Chi Su, filed. (Rothberg, Edward) (Entered: 10/03/2014) |

| | | |
|---|---|---|
| 08/25/2014 | | Summons Issued as to B Whale Corporation, Bank Sinopac. Issued summons returned to counsel for plaintiff by: First-class mail, filed.(jdav, 4) (Entered: 08/25/2014) |
| 08/21/2014 | 5 | Request for Issuance of Summons as to B Whale Corporation, Bank Sinopac, filed. (Catmull, Annie) (Entered: 08/21/2014) |
| 08/15/2014 | 4 | AMENDED Complaint against Bank Sinopac, B Whale Corporation filed by Hsin Chi Su, F3 Captial.(Catmull, Annie) (Entered: 08/15/2014) |
| 08/13/2014 | 3 | CERTIFICATE OF INTERESTED PARTIES by Hsin Chi Su, filed.(Catmull, Annie) (Entered: 08/13/2014) |
| 07/29/2014 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 12/5/2014 at 02:00 PM in Room 3716 before Judge Keith P Ellison (Signed by Judge Keith P Ellison) Parties notified.(lgouadi, 4) (Entered: 07/29/2014) |
| 07/28/2014 | 1 | COMPLAINT against Bank Sinopac (Filing fee $ 400 receipt number 0541-13487963) filed by Hsin Chi Su. (Attachments: # 1 Civil Cover Sheet)(Rothberg, Edward) (Entered: 07/28/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/11/2019 08:51:47 | | |
| **PACER Login:** | beckreddenfirm:2516856:0 | **Client Code:** | 2065.004 |
| **Description:** | Docket Report | **Search Criteria:** | 4:14-cv-02164 |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |