| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2019
David J. Bradley, Clerk

Hsin Chi Su, §
§
    Plaintiff, §
§
versus §    Civil Action H-14-2164
§
Bank Sinopac, et al., §
§
    Defendants. §

## Order Reopening Case

1. On Wilmington Trust, National Association's motion, this case is reopened to resolve the counterclaims. (100)

2. The court will set a hearing to address the counterclaims. (101)

Signed on April 19, 2019, at Houston, Texas.

                              Lynn N. Hughes
                           United States District Judge