UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 23, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Hsin Chi Su, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-14-2164 |
| § | |
| Bank Sinopac, et al., § | |
| § | |
| Defendants. § | |

## Final Judgment

On the motions of Wilmington Trust, National Association in civil action H-14-2165 and civil action H-14-2166, Wilmington Trust, National Association, recovers a judgment for (A) the principal of $60,459,959.33 owed it on Hsin Chi Su's guaranties, (B) $17,169,737.40 in pre-judgment interest, and (C) post-judgment interest at a rate of 2.32%. (94)(80)

Signed on May 22, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge