STATE OF CALIFORNIA

)
)
)
COUNTY OF SAN FRANCISCO                )          ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Taiwan Taipei District Court Payment Order No. 9324, dated

May 23, 2013.



Cressida Stolp
Divergent Language Solutions, LLC

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

**PLAINTIFF'S EXHIBIT**

**5-A**

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of _____FEB_____ , 20 15 ,

by _____Cressida Stolp_____ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 2028735
Notary Public   California
San Francisco County
My Comm. Expires Jun 13, 2017

## DIVERGENT LANGUAGE SOLUTIONS
1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

*CW*

| |
|---|
| Stamp of Receipt for foreign electronic documents |
| Date of receipt May 28, 2013 |
| <201> 600 01522 |
| HO Cheng-hung |

Taiwan Taipei District Court Payment Order

2013 Ssu Tzu Doc. No. 9324

Plaintiff
i.e. Creditor          Megabank International Commercial Bank
                              Located at Chi-lin Road No. 100, Taipei
Statutory Representative       TSAI You-tsai        address Same as above
Representative        Megabank International Commercial Bank Overseas Division
                              Located at Same as above

Statutory Representative
for the above party              CHEN Wei-chien       address Same as above
                              Agent for delivery      WANG Kuo-ching
                              Address Chi-lin Road No. 100 2nd Fl., Taipei

Counterparties
i.e. Debtors           Taiwan Maritime Transportation Co., Ltd.,
                              Located at No. 167 Fu-hsing North Road, 12th Fl.,
                              Songshan District, Taipei

TPD
and Statutory Representative
for the above party              SU Hsin-chi   Address Tun-hua South Road Sec. 2No. 111,
                              10th floor, Ta'an District, Taipei

1. The Debtors shall repay to Creditor in full sixty-three million dollars USD and interests, default penalties for the period and as calculated with annual interests as set forth in the attached table, as well as the related payment demand procedure fees five hundred Taiwan Dollars, or file objections with this Court within twenty days exactly after the delivery of this Order.
2. The cause and facts of the Creditor's claim are as set forth in the appended documents.
3. Where the Debtor has failed to file objections in the time set forth in Item 1, this Order shall have the same force and effect as a final judgment.

[Seal: Taiwan Taipei District Court]

May 23, 2013
Civil Affairs Division Judicial Affairs Official LIN Chia-yi
                    [Seal: Judicial Affairs Official - LIN Chia-yi]

Shun Ku

1

**[Attached Table]**

Unit: U.S. Dollars

| Debt Principal | Interests | Default Interest | | | |
|---|---|---|---|---|---|
| | Interest rate (LIBOR for the interest period + 2.25%) | Interest basis | Default interest rate | Default interest period beginning and ending dates | Note |
| 63,000,000 | 407,680 (interest period: December 24, 2012 – March 24, 2013) (Interest rate for the period: 2.5600%) | 2,507,680 | LIBOR for the interest period + 4.25% | Beginning on March 25, 2013 through the date of repayment in full | Default interests are calculated using an interest period of 3 months, and unpaid default interests are capitalized to the principal in each period, and compounded. |
| | 4,286.85 (interest period: March 25, 2013 – March 25, 2013) (Interest rate for the period: 2.5341%) | 60,904,286.85 | LIBOR for the interest period + 4.25% | Beginning on March 26, 2013 through the date of repayment in full | |

5

CW

國外部電子文收文簿
收文日期 102. 5. 28
00)ㄑ102〉/01522
何錦宴

# 臺灣臺北地方法院支付命令

### 102年度司促字第9324號

聲　　請　人

即債權人　　　兆豐國際商業銀行股份有限公司
　　　　　　　　設臺北市吉林路100號

法定代理人　蔡友才　　　住同上

代　　理　　人　兆豐國際商業銀行股份有限公司國外部
　　　　　　　　設同上

上　一　人

法定代理人　陳維謙　　　住同上
　　　　　　送達代收人　王國慶
　　　　　　住臺北市吉林路100號2樓

相　　對　人

即債務人　　　臺灣海陸運輸股份有限公司
　　　　　　　　設臺北市松山區復興北路167號12樓

兼　法　定

代　理　人　蘇信吉　　　住臺北市大安區敦化南路2段111號10樓

一、債務人應向債權人連帶清償美金陸仟叁佰萬元，及如附表所
　　示期間及年息計算之利息、違約金，並連帶賠償督促程序費
　　用新臺幣伍佰元，否則應於本命令送達後二十日之不變期間
　　內，向本院提出異議。

二、債權人請求之原因事實如附件所載。

三、如債務人未於第一項期間內提出異議，本命令與確定判決有
　　同一效力。

中　　華　　民　　國　　102　　年　　5　　月　　23　　日

民事庭司法事務官　林嘉怡



順股

1

## [附表]

單位：美金元

| 債權本金 | 利息 | 違約利息 | | | |
|---|---|---|---|---|---|
| | 利率<br>(該利息期間之<br>LIBOR+2.25%) | 計息基礎 | 違約利率 | 違約利息<br>起迄日 | 備註 |
| 63,000,000 | 407,680<br>(計息期間：<br>101/12/24~102/3/24)<br>(該期利率：2.5600%) | 2,507,680 | 該利息期間之LIBOR+4.25% | 自民國 102年 3 月 25日起至清償日止 | 違約利息以每3 個月為一個利息期間，逐期將該期未付之違約利息滾入原本，依複利方式計算之。 |
| | 4,286.85<br>(計息期間：<br>102/3/25~102/3/25)<br>(該期利率：2.5341%) | 60,904,286.85 | 該利息期間之LIBOR+4.25% | 自民國 102年 3 月 26日起至清償日止 | |

5

![DIVERGENT LANGUAGE SOLUTIONS]

STATE OF CALIFORNIA
                                         )
                                         )
                                         )
COUNTY OF SAN FRANCISCO      )       ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Taiwan Taipei District Court Civil Ruling No. 9324, dated

May 31, 2013.

_____
Cressida Stolp
Divergent Language Solutions, LLC

---

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

---

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of ____Feb____, 20 15 ,

by _____Cressida Stolp_____ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 202?735
Notary Public · California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**

1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144

54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144

divergent@divergentls.com | www.divergentls.com

*C*

Taiwan Taipei District Court Civil Ruling

2013 Ssu Tzu Doc. No. 9324

Plaintiff
i.e. Creditor      Megabank International Commercial Bank
         Located at Chi-lin Road No. 100, Taipei
Statutory Representative     TSAI You-tsai     address Same as above
Representative     Megabank International Commercial Bank Overseas Division
         Located at Same as above

Statutory Representative
for the above party     CHEN Wei-chien     address Same as above
         Agent for delivery     WANG Kuo-ching
         Address Chi-lin Road No. 100 2nd Fl., Taipei

Counterparties
i.e. Debtors     ==Taiwan Maritime Transportation Co., Ltd.,==
         at No. 167 Fu-hsing North Road, 12th Fl., Songshan District, Taipei

and Statutory Representative
for the above party     SU Hsin-chi    Address Tun-hua South Road Sec. 2 No. 111, 10th Floor, Ta'an District, Taipei

In the matter of a motion for a payment order between the above Parties, the payment order issued by this Court on May 23, 2013 shall be revised by ruling as below:

     Main Text

As pertaining to Item One in the Main Text entry of the original Payment Order, "default penalties for the period and as calculated with annual interests as set forth in the appended table" should be revised to "default interests for the period and as calculated with annual interests as set forth in the appended table."

     [Seal: Judicial Affairs Official - LIN Chia-yi]

     Reasons

1.  In the event of erroneously written text, miscalculations, or other similar obvious errors in judgments, the court may revise such in accordance with requests or in accordance with its authority; similarly in the vent of discrepancies between copies and originals, as explicitly stated in Code of Civil Procedure Article 232, Item 1. This is also applicable to rulings, and is similarly explicitly stated in Article 239 of the same law. As payment orders are rulings in nature, the above-mentioned regulations are similarly applicable.
2.  In view of the obvious error as shown on the original copy of the payment order as set forth in the main text, a revision is in order.
3.  The ruling is as per the main text.

Shnu Ku

1

4.  Where not satisfied with this ruling, objections must be submitted to the judicial affairs official of this Court in writing within 10 days of the delivery of the ruling.

[Seal: Taiwan Taipei District Court]

May 31, 2013
Civil Affairs Division Judicial Affairs Official LIN Chia-yi
[Seal: Judicial Affairs Official - LIN Chia-yi]

2



# 臺灣臺北地方法院民事裁定

102年度司促字第9324號

聲　請　人
即債權人　　兆豐國際商業銀行股份有限公司
　　　　　　　　　　設臺北市吉林路100號
法定代理人　蔡友才　　　住同上
代　理　人　兆豐國際商業銀行股份有限公司國外部
　　　　　　　　　　設臺北市吉林路100號
上　一　人
法定代理人　陳維謙　　　住同上
　　　　　　　　　送達代收人　王國慶
　　　　　　　　　住臺北市吉林路100號2樓
相　對　人
即債務人　　臺灣海陸運輸股份有限公司
　　　　　　　　　　設臺北市松山區復興北路167號12樓
兼　法　定
代　理　人　蘇信吉　　　住臺北市大安區敦化南路2段111號10樓
上列當事人間請求支付命令事件，本院於民國102 年5 月23日所
為之支付命令，應裁定更正如下：
　　　主　文
原支付命令主文欄中關於第一項「及如附表所示期間及年息計算
之利息、違約金」之記載，應更正為「及如附表所示期間及年息
計算之利息、違約利息」
　　　理　由
一、按判決如有誤寫、誤算或其他類此之顯然錯誤者，法院得依
　　聲請或依職權以裁定更正；其正本與原本不符者，亦同，民
　　事訴訟法第232 條第1 項定有明文。此於裁定亦準用之，同
　　法第239 條亦定有明文。支付命令屬裁定性質，故亦有上開
　　規定之適用。
二、查本院前開之支付命令原本及正本如主文所示之顯然錯誤，
　　應予更正。
三、依首開規定裁定如主文。

順股

1



四、如不服本裁定，應於裁定送達後10日內，以書狀向本院司法
　　事務官提出異議。

中　華　民　國　102　年　5　月　　　日

民事庭司法事務官　林嘉怡

2

# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF CALIFORNIA                      )
                                         )
                                         )
COUNTY OF SAN FRANCISCO                  )          ss


### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Certificate of Payment Order Confirmation in the matter of Ssu

Tzu Doc. No. 9324, dated July 15, 2013.




Cressida Stolp
Divergent Language Solutions, LLC

┌─────────────────────────────────────────┐
│ A notary public or other officer completing │
│ this certificate verifies only the identity of the │
│ individual who signed the document to which this │
│ certificate is attached, and not the truthfulness, │
│ accuracy, or validity of that document. │
└─────────────────────────────────────────┘

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of _____ FEB _____, 20 15 ,

by _____ Cressida Stolp _____ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

## DIVERGENT LANGUAGE SOLUTIONS

1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144

54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144

divergent@divergentls.com | www.divergentls.com

: 1021 – 51 Certificate of Payment Order Confirmation

Certificate of Payment Order Confirmation

In the matter of Ssu Tzu Doc. No. 9324 Motion for Issuance of Payment Order in year 2013, between the two parties, Counterparty i.e. Debtors Taiwan Maritime Transportation Co., Ltd. et al. and Plaintiff i.e. Creditor Megabank International Commercial Bank, the Payment Order issued on May 23, 2013, on May 31, 2013 and the revision ruling made by the Taiwan Taipei District Court, having been delivered as of June 19, 2013, are confirmed on July 9, 2013.

[Seal: Taiwan Taipei District Court]

July 15, 2013


Taiwan Taipei District Court Civil Division (Shun)

：IO21-5

# 支付命令確定證明書

臺灣臺北地方法院就聲請人即債權人兆豐國際商業銀行股份有限
公司與相對人即債務人臺灣海陸運輸股份有限公司等二人間102
年度司促字第9324號聲請發支付命令事件，於民國102年5月23日
所發之支付命令及102年5月31日所為之更正裁定，經於102年6月
19 日送達，業於102年7月9日確定。

中　　華　　民　　國　　102　　年　　7　　月　　15　　日

臺灣臺北地方法院民事庭(順)