# DIVERGENT
LANGUAGE SOLUTIONS

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Taiwan Taipei District Court Payment Order No. 9322, dated

May 1, 2013.

Cressida Stolp
Divergent Language Solutions, LLC

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

**PLAINTIFF'S EXHIBIT**

**5-B**

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of ___Feb___, 20 _15_,

by _____Cressida Stolp_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**

1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

Taiwan Taipei District Court Payment Order

2013 Ssu Tzu Doc. No. 9322

Plaintiff
i.e. Creditor          Megabank International Commercial Bank
                        Located at Chi-lin Road No. 100, Taipei
Statutory Representative        TSAI You-tsai        address Same as above
Representative        Megabank International Commercial Bank Overseas Division
                        Located at Same as above
Statutory Representative
for the above party        CHEN Wei-chien        address Same as above
                        Agent for delivery        WANG Kuo-ching
                        Address Chi-lin Road No. 100 2nd Fl., Taipei
Counterparties
i.e. Debtors          Taiwan Maritime Transportation Co., Ltd.,
                        at No. 167 Fu-hsing North Road, 12th Fl., Songshan District,
                        Taipei
TPD
and Statutory Representative
for the above party        SU Hsin-chi    Address Tun-hua South Road Sec. 2 No.
                        111, 10th Floor, Ta'an District, Taipei

1. The Debtors shall repay to Creditor in full seventy-three million two hundred and eighty thousand dollars USD and interests, default interests for the period and as calculated with annual interests as set forth in the attached table, as well as the related payment demand procedure fees five hundred Taiwan Dollars, or file objections with this Court within twenty days exactly after the delivery of this Order.

2. The cause and facts of the Creditor's claim are as set forth in the appended documents.

3. Where the Debtors has failed to file objections in the time set forth in Item 1, this Order shall have the same force and effect as a final judgment.

[Seal: Taiwan Taipei District Court]

May 1, 2013
Civil Affairs Division Judicial Affairs Official WAN Pei-ti
                [Seal: Judicial Affairs Official – WAN Pei-ti]

Min Ku

1

**[Attached Table]**

Unit: U.S. Dollars

| Debt Principal | Interests | | Default Interest | | | |
|---|---|---|---|---|---|---|
| | Interest rate (LIBOR for the interest period + 2.1%) | Interest basis | Default interest rate | Default interest period beginning and ending dates | Note | |
| 73,280,000 | 0 (Interest period: September 28, 2012 – December 27, 2012) (Interest rate for the period: 2.4623%) | 2,290,000 | LIBOR for the interest period + 4.1% | Beginning on December 28, 2012 through the date of repayment in full | Default interests are calculated using an interest period of 3 months, and unpaid default interests are capitalized to the principal in each period, and compounded. | |
| | 432,467.14 (interest period: December 28, 2012 – March 28, 2013) (Interest rate for the period: 2.4100%) | 2,722,467.14 | LIBOR for the interest period + 4.1% | Beginning on March 29, 2013 through the date of repayment in full | | |
| | 22,743.52 (interest period: March 29, 2013 – April 2, 2013) (Interest rate for the period: 2.3836%) | 68,722,743.52 | LIBOR for the interest period + 4.1% | Beginning on April 3, 2013 through the date of repayment in full | | |

TPD

5

# 臺灣臺北地方法院支付命令

102年度司促字第9322號

聲　請　人
即債權人　　兆豐國際商業銀行股份有限公司
　　　　　　　　　　　設臺北市吉林路100號
法定代理人　蔡友才　　住同上
代　理　人　兆豐國際商業銀行股份有限公司國外部
　　　　　　　　　　　設臺北市吉林路100號
法定代理人　陳維謙　　住同上
　　　　　　　送達代收人　王國慶
　　　　　　　住臺北市吉林路100號2樓

相　對　人
即債務人　　台灣海陸運輸股份有限公司
　　　　　　　　　　　設臺北市松山區復興北路167號12樓
兼　上一人
法定代理人　蘇信吉　　住臺北市大安區敦化南路2段111號10樓

一、債務人應向債權人連帶清償美金柒仟叁佰貳拾捌萬元，及如
　　附表所示之利息、違約利息，並連帶賠償督促程序費用新臺
　　幣伍佰元，否則應於本命令送達後二十日之不變期間內，向
　　本院提出異

二、債權人請求之原因事實如附件所載。

三、如債務人未於第一項期間內提出異議，本命令與確定判決有
　　同一效力。

中　華　民　國　102　年　5　月　1　日

民事庭司法事務官　萬蓓娣



敏股

## [附表]

單位：美金元

| 債權本金 | 利息 | 違約利息 | | | |
|---|---|---|---|---|---|
| | 利率<br>(該利息期間之<br>LIBOR+2.1%) | 計息基礎 | 違約利率 | 違約利息<br>起迄日 | 備註 |
| 73,280,000 | 0(計息期間：<br>101/9/28~101/12/27)<br>(該期利率：2.4623%) | 2,290,000 | 該利息期間之<br>LIBOR+4.1% | 自民國 101 年<br>12 月 28 日起<br>至清償日止 | 違約利息以<br>每 3 個月為<br>一個利息期<br>間，逐期將<br>該期未付之<br>違約利息滾<br>入原本，依<br>複利方式計<br>算之。 |
| | 432,467.14 (計息期間：<br>101/12/28~102/3/28)<br>(該期利率：2.4100%) | 2,722,467.14 | 該利息期間之<br>LIBOR+4.1% | 自民國 102 年<br>3 月 29 日起至<br>清償日止 | |
| | 22,743.52 (計息期間：<br>102/3/29~102/4/2)<br>(該期利率：2.3836%) | 68,722,743.52 | 該利息期間之<br>LIBOR+4.1% | 自民國 102 年<br>4 月 3 日起至<br>清償日止 | |



# DIVERGENT
LANGUAGE SOLUTIONS

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )        ss

## **CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Certificate of Payment Order Confirmation in the matter of

2013 Ssu Tzu Doc. No. 9322, dated June 18, 2013.

Cressida Stolp
Divergent Language Solutions, LLC

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of Feb , 20 15 ,

by        Cressida Stolp        ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**

1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144

54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144

divergent@divergentls.com | www.divergentls.com

Correspondence draft code: 1021 – 21B Certificate of Payment Order Confirmation – Overprint

Certificate of Payment Order Confirmation

In the matter of 2013 Ssu Tzu Doc. No. 9322 Motion for Issuance of Payment Order, between the two parties, Counterparties i.e. Debtors Taiwan Maritime Transportation Co., Ltd. et al. and Plaintiff i.e. Creditor Megabank International Commercial Bank, the Payment Order issued on May 1, 2013 by the Taiwan Taipei District Court, having been delivered as of May 17, 2013, were confirmed as of June 7, 2013.

[Seal: Taiwan Taipei District Court]

June 18, 2013


Taiwan Taipei District Court Civil Division (Min Ku)


Min Ku

Page 1

函稿代碼：

# 支付命令確定證明書

臺灣臺北地方法院就聲請人即債權人兆豐國際商業銀行股份有限公司與相對人即債務人台灣海陸運輸股份有限公司等二人間102年度司促字第9322號聲請發支付命令事件，於民國102年5月1日所發之支付命令，經於102年5月17日送達，於102年6月7日確定。

中　華　民　國　102　年　　6　月　　18　日

臺灣臺北地方法院民事庭(敏股)

第一頁　　　　　　　　　　　　　　　　敏股

**Exhibit 20**

# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF CALIFORNIA                          )
                                             )
                                             )
COUNTY OF SAN FRANCISCO          )          ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Taiwan Taipei District Court Payment Order No. 9705, dated

May 3, 2013.



Cressida Stolp
Divergent Language Solutions, LLC

| A notary public or other officer completing |
| this certificate verifies only the identity of the |
| individual who signed the document to which this |
| certificate is attached, and not the truthfulness, |
| accuracy, or validity of that document. |

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of _____FEB_____, 20 15.,

by _____Cressida Stolp_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**
1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

Taiwan Taipei District Court Payment Order

2013 Ssu Tzu Doc. No. 9705

Plaintiff
i.e. Creditor       Chinatrust Commercial Bank Co.

      Located at Song-Shou Road No. 3, Hsin-yi District Taipei

Statutory Representative       TUNG Chao-ching    address Same as above

Representative       CHUNG Chih-pang    address Song-kao Road No. 9, Fl. 16, Hsin-yi District, Taipei

Counterparties
i.e. Debtors       Taiwan Maritime Transportation Co., Ltd.,

      at No. 167 Fu-hsing North Road, 12th Fl., Songshan District, Taipei

TPD
and Statutory Representative
for the above party       SU Hsin-chi    Address Tun-hua South Road Sec. 2 No. 111, 10th Floor, Ta'an District, Taipei

1. The Debtors shall repay to Creditor in full seventy-six million, five hundred thousand dollars USD and interests, default penalties for the period and as calculated with annual interests as set forth in the attached table, as well as the related payment demand procedure fees five hundred Taiwan Dollars, or file objections with this Court within twenty days exactly after the delivery of this Order.

2. The cause and facts of the Creditor's claim are as set forth in the appended documents.

3. Where the Debtor has failed to file objections in the time set forth in Item 1, this Order shall have the same force and effect as a final judgment.

[Seal: Taiwan Taipei District Court]

May 3, 2013
Civil Affairs Division Judicial Affairs Official WAN Pei-ti
      [Seal: Judicial Affairs Official – WAN Pei-ti]

Min Ku

1

**[Attached Table]**

Unit: U.S. Dollars

| Debt Principal | Interests | Default Interest | | | |
|---|---|---|---|---|---|
| | Interest rate (LIBOR for the interest period + 2%) | Interest basis | Default interest rate | Default interest period beginning and ending dates | Note |
| 76,500,000 | 446,792.94 (interest period: December 3, 2012 – March 3, 2013) (Annual interest rate: 2.3105%) | 2,696,792.94 | LIBOR for the interest period + 4% | Beginning on March 4, 2013 through the date of repayment in full | Default interests are calculated using an interest period of three months, and unpaid default interests are capitalized to the principal in each period, and compounded. |
| | 132,080.03 (interest period: March 4, 2013 – March 31, 2013) (Annual interest rate: 2.2871%) | 74,382,080.03 | LIBOR for the interest period + 4% | Beginning on April 1, 2013 through the date of repayment in full | |

TPD

# 臺灣臺北地方法院支付命令

102年度司促字第9705號

聲　請　人
即債權人　　　中國信託商業銀行股份有限公司
　　　　　　　　　　　設臺北市信義區松壽路3號
法定代理人　童兆勤　　　住同上
代　理　人　張志邦　　　住臺北市信義區松高路9號16樓
相　對　人
即債務人　　　臺灣海陸運輸股份有限公司
　　　　　　　　　　　設臺北市松山區復興北路167號12樓
兼　上一人
法定代理人　蘇信吉　　　住臺北市敦化南路2段111號10樓

一、債務人應向債權人連帶清償美金柒仟陸佰伍拾萬元，及如附
　　表所示之利息、違約利息，並連帶賠償督促程序費用新臺幣
　　伍佰元，否則應於本命令送達後二十日之不變期間內，向本
　　院提出異議。
二、債權人請求之原因事實如附件所載。
三、如債務人未於第一項期間內提出異議，本命令與確定判決有
　　同一效力。

中　華　民　國　102　年　　　月　3　日

　　　　　民事庭司法事務官　萬蓓娣



敏股

# [附表]

單位：美金

| 債權本金 | 利息 | | 違約利息 | | | |
|---|---|---|---|---|---|---|
| | 利率<br>(該利息期間 之 LIBOR+2%) | 計息基礎 | 違約利率 | 違約利息<br>起迄日 | 備註 | |
| 76,500,000 | 446,792.94<br>(計息期間：101/12/03～102/03/03；年利率：2.3105%) | 2,696,792.94 | 該利息期間之 LIBOR + 4% | 自民國 102 年 3 月 4 日起至清償日止 | 違約利息以每三個月為一個利息期間，逐期將該期未付之違約利息滾入原本，依複利方式計算之。 | |
| | 132,080.03<br>(計息期間：102/03/04～102/03/31；年利率：2.2871%) | 74,382,080.03 | 該利息期間之 LIBOR + 4% | 自民國 102 年 4 月 1 日起至清償日止 | | |

**DIVERGENT**
LANGUAGE SOLUTIONS

STATE OF CALIFORNIA                    )
                                       )
                                       )
COUNTY OF SAN FRANCISCO                )        ss


**CERTIFICATION**

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Certificate of Payment Order Confirmation in the matter of Ssu

Tzu Doc. No. 9705, dated June 18, 2013.


Cressida Stolp
Divergent Language Solutions, LLC

> A notary public or other officer completing
> this certificate verifies only the identity of the
> individual who signed the document to which this
> certificate is attached, and not the truthfulness,
> accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27ᵗʰ day of _Feb_____, 20 15,

by _____Cressida Stolp_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

**AMY N. WONG**
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**
1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

Correspondence code: 1021 – 21B Certificate of Payment Order Confirmation

July 9, 2013

Certificate of Payment Order Confirmation

In the matter of Ssu Tzu Doc. No. 9705 Motion for Issuance of Payment Order in year 2013, between the two parties, Counterparty i.e. Debtors Taiwan Maritime Transportation Co., Ltd. et al. and Plaintiff i.e. Creditor Chinatrust Commercial Bank Co., the Payment Order issued on May 3, 2013 and the revision ruling made by the Taiwan Taipei District Court, having been delivered as of May 10, 2013, are confirmed on May 30, 2013.

[Seal: Taiwan Taipei District Court]

June 18, 2013

Taiwan Taipei District Court Civil Division (Min Ku)

# 支付命令確定證明書

102.7.9

臺灣臺北地方法院就聲請人即債權人中國信託商業銀行股份有限公司與相對人即債務人臺灣海陸運輸股份有限公司等二人間102年度司促字第9705號聲請發支付命令事件，於民國102年5月3日所發之支付命令，經於102年5月10日送達，業於102年5月30日確定。

中　華　民　國　102　年　　6　　月　　18　　日

臺灣臺北地方法院民事庭(敏股)

# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF CALIFORNIA ............................... )
................................................................. )
................................................................. )
COUNTY OF SAN FRANCISCO .................. ) ........ ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Taiwan Taipei District Court Payment Order No. 9672, dated

May 3, 2013.

Cressida Stolp
Divergent Language Solutions, LLC

---

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

---

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 27th day of _____FEB_____, 20 15,

by _____Cressida Stolp_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**
1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

Taiwan Taipei District Court Payment Order

2013 Ssu Tzu Doc. No. 9672

Plaintiff
i.e. Creditor        First Commercial Bank

                    Located at Chung-ching South Road Sec. 1, No. 30, Taipei

Statutory Representative    TSAI Ching-nien    address Same as above

Representative            LI Ming-hsien address Songshan District Fu-hsing North Road No. 169

Counterparties
i.e. Debtors           ==Taiwan Maritime Transportation Co., Ltd.,== *23141256*

                    at No. 167 Fu-hsing North Road, 12th Fl., Songshan District, Taipei

TPD
and Statutory Representative
for the above party          SU Hsin-chi    Address Tun-hua South Road Sec. 2 No. 111, 10th Floor,Ta'an District, Taipei

          *C120023020*

1.  The Debtors shall repay to Creditor in full seventy-six million, five hundred thousand dollars USD and interests, default penalties for the period and as calculated with annual interests as set forth in the attached table, as well as the related payment demand procedure fees five hundred Taiwan Dollars, or file objections with this Court within twenty days exactly after the delivery of this Order.
2.  The cause and facts of the Creditor's claim are as set forth in the appended documents.
3.  Where the Debtor has failed to file objections in the time set forth in Item 1, this Order shall have the same force and effect as a final judgment.

[Seal: Taiwan Taipei District Court]

May 3, 2013
Civil Affairs Division Judicial Affairs Official LIN Ming-lung

[Seal: Judicial Affairs Official - LIN Ming-lung]

Ching Ku

1

**[Attached Table]**

Unit: U.S. Dollars

| Debt Principal | Interests | | Default Interest | | | |
|---|---|---|---|---|---|---|
| | Interest rate (LIBOR for the interest period + 2.1%) | Interest basis | Default interest rate | Default interest period beginning and ending dates | Note | |
| 76,500,000 | 441,596.25 (interest period: December 20, 2012 – March 19, 2013) (Interest rate for the period: 2.3090%) | 2,691,596.25 | LIBOR for the interest period + 4% | Beginning on March 20, 2013 through the date of repayment in full | Default interests are calculated using an interest period of 3 months, and unpaid default interests are capitalized to the principal in each period, and compounded. | |
| | 126,973.07 (interest period: March 20, 2013 – April 15, 2013) (Interest rate for the period: 2.2801%) | 74,376,973.07 | LIBOR for the interest period + 4% | Beginning on April 16, 2013 through the date of repayment in full | | |

# 臺灣臺北地方法院支付命令

102年度司促字第9672號

聲　請　人
即債權人　　　第一商業銀行股份有限公司

　　　　　　　　　　設臺北市重慶南路1段30號

法定代理人　蔡慶年　　　住同上

代　理　人　李明憲　　　住臺北市松山區復興北路169號

相　對　人
即債務人　　　台灣海陸運輸股份有限公司　23141256

　　　　　　　　　　設臺北市松山區復興北路167號12樓

兼法定代理　蘇信吉　　　住臺北市大安區敦化南路2段111號10樓
人　　　　　　C120023020

一、債務人應向債權人連帶清償美金柒仟陸佰伍拾萬元，及如附
　　表所示之利息、違約利息，並連帶賠償督促程序費用新臺幣
　　伍佰元，否則應於本命令送達後二十日之不變期間內，向本
　　院提出異議。

二、債權人請求之原因事實如附件所載。

三、如債務人未於第一項期間內提出異議，本命令與確定判決有
　　同一效力。

中　華　民　國　102　年　5　月　3　日

民事庭司法事務官　林明龍



輕股

## [附表]

單位：美金

| 債權本金 | 利息 | 違約利息 | | | |
|---|---|---|---|---|---|
| | 利率<br>(該利息期間之<br>LIBOR+2.1%) | 計息基礎 | 違約利率 | 違約利息<br>起迄日 | 備註 |
| 76,500,000 | 441,596.25<br>(計息期間：<br>101/12/20~102/3/19)<br>(該利率：2.3090%) | 2,691,596.25 | 該利息期間之<br>LIBOR+4% | 自民國 102 年<br>3 月 20 日起至<br>清償日止 | 違約利息以每 3 個月為一個利息期間，逐期將該期未付之違約利息滾入原本，依複利方式計算之。 |
| | 126,973.07<br>(計息期間：<br>102/3/20~102/4/15)<br>(該利率：2.2801%) | 74,376,973.07 | 該利息期間之<br>LIBOR+4% | 自民國 102 年<br>4 月 16 日起至<br>清償日止 | |

5

# DIVERGENT
## LANGUAGE SOLUTIONS

STATE OF CALIFORNIA          )
                                      )
                                      )
COUNTY OF SAN FRANCISCO   )     ss

### CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate

translation from Chinese into English of the attached Certificate of Payment Order Confirmation in the matter of Ssu

Tzu Doc. No. 9672, dated July 5, 2013.

_____
Cressida Stolp
Divergent Language Solutions, LLC

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which this
certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this _27th_ day of _____Feb_____, 20 _15_,

by _____Cressida Stolp_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

AMY N. WONG
Commission # 2028735
Notary Public - California
San Francisco County
My Comm. Expires Jun 13, 2017

**DIVERGENT LANGUAGE SOLUTIONS**

1300 Page Street | San Francisco, CA 94117 | p 415.400.4538 | f 415.508.3144
54 West 40th Street | New York, NY 10018 | p 917.997.4513 | f 415.508.3144
divergent@divergentls.com | www.divergentls.com

Correspondence code: 1021 – 21B Certificate of Payment Order Confirmation

Certificate of Payment Order Confirmation

In the matter of Ssu Tzu Doc. No. 9672 Motion for Issuance of Payment Order in year 2013, between the two parties, Counterparty i.e. Debtors Taiwan Maritime Transportation Co., Ltd. et al. and Plaintiff i.e. Creditor First Commercial Bank, the Payment Order issued on May 3, 2013 and the revision ruling made by the Taiwan Taipei District Court, having been delivered as of May 9, 2013, are confirmed on May 30, 2013.

[Seal: Taiwan Taipei District Court]

July 5, 2013

Taiwan Taipei District Court Civil Division (Ching Ku)

Ching Ku

Page 1

# 支付命令確定證明書

臺灣臺北地方法院就聲請人即債權人第一商業銀行股份有限公司與相對人即債務人台灣海陸運輸股份有限公司等二人間102年度司促字第9672號聲請發支付命令事件，於民國102年5月3日所發之支付命令，經於102年5月○日送達，業於102年5月30日確定。

中　　華　　民　　國　　102　　年　　　　月　　5　　日

臺灣臺北地方法院民事庭（輕股）