UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 28, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| Hsin Chi Su, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-14-2164 |
| | § | |
| Bank Sinopac, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order Denying Vacatur

The motion to vacate is denied. (116)

Signed on May  27 , 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge