UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HSIN CHI SU,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**BANK SINOPAC, ET AL.**<br><br>     **Defendants.** | **CIVIL ACTION NO. H-14-02164** |

## WITHDRAWAL OF HSIN CHI SU'S MOTION

**PLEASE TAKE NOTICE THAT** Mr. Hsin Chi Su hereby withdraws, without prejudice to refile, his motion for accounting and/or authority to serve discovery (ECF No. 149).

Dated: June 10, 2024
       Houston, TX

                                                    LEWIS BRISBOIS BISGAARD &
SMITH LLP

By: _/s/ Bennett G. Fisher_
Bennett G. Fisher
Texas Bar No.: 07049125
24 Greenway Plaza, Suite1400
Houston, Texas 77046
Phone: (713) 659-6767
Direct: (346) 241-4095
Facsimile: (713) 759-6830
Bennett.Fisher@lewisbrisbois.com

Minyao Wang (*pro hac vice* forthcoming)
77 Water Street, Suite 2100
New York, New York 10005
Phone:  (212) 232-1300
Facsimile:   (212) 232-1399
Email: Minyao.Wang@lewisbrisbois.com

*Counsel to Hsin Chi Su*

141325054.1